FILED
2007 DEC -4 PM 12:51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNK_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '07 CR 3273 W

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| ALEJANDRO GALAVIZ-MORENO, | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about November 16, 2007, within the Southern District of California, defendant ALEJANDRO GALAVIZ-MORENO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 22.16 kilograms (48.75 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:fer:Imperial
12/3/07

<u>Count 2</u>

On or about November 16, 2007, within the Southern District of California, defendant ALEJANDRO GALAVIZ-MORENO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 22.16 kilograms (48.75 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 4, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2