```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr3273-W |
| 11 | Plaintiff, ) | |
| 12 | v. ) | NOTICE OF APPEARANCE |
| 13 | ALEJANDRO GALAVIZ-MORENO, ) | |
| 14 | Defendant. ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

26      <u>Name</u> - "None"

1  Effective this date, <u>the following attorneys are no longer</u>
2  <u>associated with this case</u> and should <u>not</u> receive any further
3  Notices of Electronic Filings relating to activity in this case
4  (if the generic "U.S. Attorney CR" is still listed as active in
5  this case in CM/ECF, please terminate this association):
6  Please call me if you have any questions about this notice.
7  DATED: December 12, 2007.

8  Respectfully submitted,

9  KAREN P. HEWITT
   United States Attorney
10
   <u>s/Paul S. Cook</u>
11 PAUL S. COOK
   Assistant United States Attorney
12 Attorneys for Plaintiff
   United States of America
13 Email: paul.cook@usdoj.gov

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Case No. 07cr3273-W
                             )
       Plaintiff,            )
                             )
       v.                    )
                             )    CERTIFICATE OF SERVICE
ALEJANDRO GALAVIZ-MORENO,    )
                             )
       Defendant.            )
_____)
```

IT IS HEREBY CERTIFIED THAT:

I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

        John C. Ellis
        john_ellis@fd.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2007.

        s/Paul S. Cook
        PAUL S. COOK

3