1  **JOHN C. ELLIS, JR.**
   California State Bar No. 228083
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: john_ellis@fd.org

5  Attorneys for Alejandro Galaviz-Moreno

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3273-W |
| Plaintiff, ) | DATE: January 28, 2008 |
| ) | TIME: 2:00 p.m. |
| v. ) | |
| ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| **ALEJANDRO GALAVIZ-MORENO**, ) | |
| ) | (1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND |
| Defendant. ) | (2) GRANT LEAVE TO FILE FURTHER MOTIONS. |

17  TO:   KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY; AND
         PAUL S. COOK, ASSISTANT UNITED STATES ATTORNEY:

19     **PLEASE TAKE NOTICE** that, on Monday, January 28, 2008, at 2:00 p.m., or as soon thereafter

20  as counsel may be heard, the accused, Alejandro Galaviz-Moreno, by and through his attorneys, John C. Ellis,

21  Jr., and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed

22  below.

23  / /
24  / /
25  / /
26  / /
27  / /
28  / /

|     |     |
| --- | --- |
| 1   | **MOTIONS** |
| 2   | Alejandro Galaviz-Moreno, the accused in this case, by and through his attorneys, John C. Ellis, Jr., |
| 3   | and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of |
| 4   | Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for |
| 5   | an Order: |
| 6   | 1)   To Compel Further Discovery and Preserve Evidence; and |
| 7   | 2)   To Grant Leave to File Further Motions. |
| 8   | These motions are based upon the instant motions and notice of motions, the attached statement of facts and |
| 9   | memorandum of points and authorities, and any and all other materials that may come to this Court's attention |
| 10  | at the time of the hearing on these motions. |
| 11  | Respectfully submitted, |
| 13  | DATED:   January 14, 2008    */s/ John C. Ellis, Jr.* |
| 14  | **JOHN C. ELLIS, JR.**<br>Federal Defenders of San Diego, Inc.<br>Attorneys for Mr. Alejandro Galaviz-Moreno |