UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07cr3273-W |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| ALEJANDRO GALAVIZ-MORENO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Paul S. Cook, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: January 14, 2008        */s/John C. Ellis, Jr.*
                                                              JOHN C. ELLIS, JR.
                                                               Federal Defenders
                                                               225 Broadway, Suite 900
                                                               San Diego, CA 92101-5030
                                                               (619) 234-8467  (tel)
                                                               (619) 687-2666  (fax)
                                                               E-mail:john_ellis@fd.org